UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEREMY LENKOWSKI,

    Plaintiff,

v.                                            CASE NO.

CITIBANK, N.A.,

    Defendant.

---

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, defendant Citibank, N.A. ("Citi") hereby removes the action entitled *Jeremy Lenkowski v. Citibank, N.A.*, which is pending in the Circuit Court for the Thirteenth Judicial Circuit of Florida, in and for Hillsborough County, Case No. 16-CA-10627 (the "Action"), to the United States District Court for the Middle District of Florida on the following grounds:

1.    Citi received service of the Summons and Complaint in the Action on December 6, 2016. Copies of the Summons, Complaint, docket report, and all other relevant filings are attached hereto as ***Exhibit A***.

2.    Citi has timely filed this Notice of Removal within 30 days of service of the Summons and Complaint. *See* 28 U.S.C. § 1446(b).

3.    The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Citi pursuant to the provisions of 28 U.S.C. § 1441(a) because Plaintiff, Jeremy Lenkowski, alleges

violations of the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 (*see,* Verified Complaint at Count Two) a claim which is created by and arises under federal law. Supplemental jurisdiction over other claims in the Action arising under state law exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

4. This Court is the proper district court and division for removal because the Action is pending in Hillsborough County, Florida.

5. Citi is simultaneously filing a copy of this Notice of Removal of Action with the state court in the Action. Citi will serve Plaintiff with copies of this Notice of Removal and the notice filed in the Action.

6. By virtue of this Notice of Removal of Action and the notice filed in the Action, Citi does not waive its rights to assert any personal jurisdictional defenses or other motions including Rule 12 motions, motions to compel arbitration, or both, as otherwise permitted by the Federal Rules of Civil Procedure.

7. Citi certifies, to the best of its knowledge, that: true and legible copy of all process, pleadings, orders, and other papers or exhibits now on file in the state court have been attached to this Notice of Removal of Action; and there are no motions pending in the state court.

Dated: December 23, 2016

Respectfully submitted,

**AKERMAN LLP**

_Irene Bassel Frick_ FB# 0158739
for John L. Dicks II
Florida Bar No.: 89012
john.dicks@akerman.com
caren.collier@akerman.com
401 East Jackson St., Suite 1700
Tampa, Florida 33602
Phone: 813-223-7333
Fax:    813-218-5410

and

Jacob A. Brown
Florida Bar No. 0170038
jacob.brown@akerman.com
leilani.caylao@akerman.com
jennifer.meehan@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

*Attorneys for Citibank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail and e-mail to counsel for Plaintiff,

Aaron M. Swift, Esq.
LeavenLaw
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
aswift@leavenlaw.com
consumerservice@leavenlaw.com

on this 23rd day of December, 2016.

_Irene Bassel Frick_
Attorney